IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRENSHAW & BURKE CONSTRUCTION, INC., <br>  d/b/a Crenshaw Brothers Construction, Inc., <br>  a/k/a Crenshaw Brothers Construction, <br><br> Defendant. | Case No. 1:13-cv-1507 |

## ORDER

On May 1, 2014, defendant filed "Objections of Defendant Crenshaw to the Report and Recommendation of the United States Magistrate Judge." By Order dated May 9, 2014, the Court granted plaintiffs' motion to strike defendant's objections on the ground that defendant filed its objections through Donald Crenshaw, who is not a licensed attorney at law. In the Court's Order striking defendant's objections, the Court required that defendant retain counsel and file through counsel any objections to the Report and Recommendation of the Magistrate Judge by 5 p.m., Friday, May 23, 2014, and if defendant did not do so, the Report and Recommendation would be adopted without objection. Defendant failed to file through counsel any objections to the Report and Recommendation by 5 p.m., Friday, May 23, 2014, and hence, the Report and Recommendation will be adopted without objection.

1

Therefore, upon consideration of the April 23, 2014 Report and Recommendation of the Magistrate Judge designated to conduct a hearing in this matter, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the Magistrate Judge, as set forth in the April 23, 2014 Report and Recommendation.

It is further **ORDERED** that plaintiffs' motion for default judgment is **GRANTED**. Accordingly, it is **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs the Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund, *et al.*, and against defendant Crenshaw & Burke Construction, Inc., d/b/a Crenshaw Brothers Construction, Inc., a/k/a Crenshaw Brothers Construction in the total amount of $44,141.51.

The Clerk is directed to enter judgment in favor of plaintiffs in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

Should defendant wish to appeal this decision, it must do so by filing through counsel a written notice of appeal within 30 days after this entry of this Order, pursuant to Rules 3 and 4, Fed. R. App. P.

The Clerk is further directed to send a copy of this Order to all counsel of record and to the *pro se* defendant.

Alexandria, Virginia
May 27, 2014

/s/
T. S. Ellis, III
United States District Judge

2